RECEIVED
DEC 03 2003
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

States District Court for the Western District of Louisiana Shreveport Division

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
DEC 03 2003
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

Petitioner
Kim A Webb

Case # CV03-2214-S

SEC P

Writ of Habeas Corpus Pursuant to 28 USC 2254 or 28 USC 2241 or any other applicable Statute

JUDGE HICKS
MAGISTRATE JUDGE PAYNE

Now before this Court comes ye the Petitioner Kim A Webb seeking relief from the Deprevation of life Sustaining Medication, Medicine which is Sufficient for the proper maintenance of Health and life. Petitioner is incarcerated in the Desoto Parish Detention Center at 205 Franklin St. Mansfield, Louisiana 71052. Petitioner states he was booked into the Desoto Parish Detention Center on November 19, 2003. Petitioner States he was screened by a Deputy Philly or Petty and was asked Medical Questions by said Deputy who is a "Non-Medical" employee of the Desoto Parish Sheriff Depart

(1)

ment. Because of this and the presence of Trustee Inmates in the Booking Room Petitioner felt fearful of Divulging Confidential Health Information. But instead Asked to see the Nurse. The Petitioner States he was informed to put in a Sick call request to see the Nurse of which he promptly DID Complaining of Symptoms of Colorectal Cancer such As Pencil Stool, Difficulty in Bowel movement, and Abdominal Pain of the Right Flank. Plaintiff intended to inform the Nurse at this the time he saw her of his Significantly other Serious Medical problems in Medical "Confidentiality" Again Non-Medical Personnel were present. Such as Capt. Dennis Reed who Stated I was faking and trying to evade prosecution by Conning my Way out of Jail. Also Lt. Lowe and Sgt. Cunningham were present. Therefore upon my return to my Cell I wrote a letter to the Nurse advising her of my Medical Problems and the

Active prescriptions I am on. This was done on November 20, 2003 at 3:55pm. Said letter was sealed in an envelope. On November 24, 2003 after receiving no reply I again wrote a letter to the Jail Nurse stating my medical problems and my desperate need for medication(s) prescribed for me. Petitioner states he seeks not to evade prosecution based on the following facts.

① He "voluntarily" returned to Louisiana to face prosecution

② He has offered to cooperate fully in this criminal matter

③ Medications he is currently prescribed, have been so for eight years since 1995

Petitioner states the medications are a necessity to prolong his life and to provide a standard quality of life and to combat a viral anti-immune deficiency condition. Plaintiff has been advised by medical staff that the discontinuance of these medications

can and will lead to serious medical complications and adversely affect my health in a "gravely" manner. Listed below are the medications.

1. Acyclovir 250 mg twice a Day
2. Combivir 400 mg twice a Day
3. Sustiva 600 mg Bed time.
4. Albuterol Inhaler PRN.
5. Ensure High Protein twice a day
6. Multi-vitamin Therapy One a Day
7. Lipitor 10 mg Daily

Petitioner states Medical Records from the following U.S Court Agencies will verify his medical condition and prescribed treatment

1. Veteran Affairs Medical Center Alexandria, Louisiana 71301
2. Veteran Affairs Outpatient Clinic 2100 Jefferson Lafayette, LA 7050
3. Overton Brooks VA Medical Center Shreveport, Louisiana 71101

Petitioner States the following

Medical facilities can verify his pre-incarceration attempts for treatment of Bowel-Gastro-intestinal problems

① Lafayette General Hospital
Lafayette, Louisiana 70501

② Lady of Lourdes Medical Cntr
Lafayette, Louisiana 70501

③ Oxnard Airport Urgent Care Clinic West 5th St Oxnard, CA 93030

Relief - ① According to the rights granted/afforded to me by the U.S. Constitution and subsequent Acts granted to me by Act(s) of Congress I seek this court to provide me with "All" verifiable prescribed Medications necessary the the provision and sustainment of proper Health and a Quality of Standard lifestyle through a Court Order compelling the Desoto Parish Sheriff's Department to provide me with proper Medication ① And this court to issue a injunction preventing punitive Measures verbal or action from

Being Done towards me By any Official or Employee of The Desoto Parish Sheriffs Department

Submitted this 30th Day of November 2003 from Mansfield, Louisiana 71052

By Lynn A. Webb
Petitioner.